UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IRFAN MAZHER, ET AL.,**

  Plaintiff,

v.                              No. 4:25-cv-00017-P

**MARCO RUBIO, SECRETARY OF STATE, ET AL.,**

  Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **27th day of August 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE